IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROCKY RAY, on Behalf of Himself and All Others Similarly Situated,<br>    Plaintiff<br><br>v.<br><br>USINTERNETWORKING, INC., et al.,<br>    Defendants | Civil No. AMD 02-1937 |
| MAREK BARTULA, on Behalf of Himself and All Others Similarly Situated,<br>    Plaintiff<br><br>v.<br><br>USINTERNETWORKING, INC., et al.,<br>    Defendants | Civil No. AMD 02-2077 |

...oOo...

## CONSOLIDATION ORDER

These cases arise under the federal securities laws. The issues presented are identical or virtually so. The cases may be profitably consolidated for all purposes, although discovery may disclose that separate trials are desirable. Accordingly, it is this 16th day of July, 2002,

ORDERED

(1) That the motion to consolidate is GRANTED and these cases are CONSOLIDATED FOR ALL PURPOSES: **ALL PLEADINGS SHALL BE IDENTIFIED WITH CASE NO. AMD 02-1937**; and it is further ORDERED

(2) That the Clerk shall TRANSMIT a copy of this Order to all counsel.

ANDRE M. DAVIS
United States District Judge