IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NORMAN NEPVEU, JUDITH NEPVEU, ROBERT J. PERKOWSKY, and ROCKY RAY, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW A. STERN, et al, <br><br> Defendants. | CASE NO. 02-1937 (AMD) <br><br> NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by their counsel, hereby file this notice of voluntary dismissal of the above-captioned action. This notice operates to terminate this action immediately

Dated: April 10, 2003

Respectfully submitted,

FINKELSTEIN, THOMPSON
&LOUGHRAN

/S/
Donald J. Enright, Esq.
    Bar # 13551
Tracy D. Rezvani, Esq.
    Bar # 13281
1050 30th Street, NW
Washington, DC 20007
Tel:    (202) 337-8000
Fax:    (202)337-8090



/s/ Andre M. Davis
United States District Judge
April 10, 2003